UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. CR616-005 |
| | ) | |
| RICARDO DOREZ HADDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Application for leave of absence has been requested by J. Alvin Leaphart, IV, for the periods of Thursday, September 15, 2016; Friday, September 16, 2016; Wednesday, September 21, 2016 through and including Sunday, September 25, 2016; Thursday, October 6, 2016 through and including Wednesday, October 12, 2016; and Thursday, November 17, 2016 through and including Sunday, November 20, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  24th  day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA